Sol Mann, by Isaac Mann, His Guardian ad Litem, and Another, Appellants, v. Marcus Schimmel, Respondent.— Judgment reversed on the law and the facts and a new trial granted, with costs to the appellants to abide the event. In our opinion the finding of the trial justice that the flower pot was securely and firmly fastened to the cement slab upon which it rested is contrary to the evidence. We are also of the opinion that even if the flower pot was caused to fall by the act of the infant plaintiff's sister, still the plaintiffs could recover against the defendant if defendant's negligence in failing to obey the ordinance* in question contributed to the injury and was a direct and proximate cause thereof. Findings of fact inconsistent herewith are reversed. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.. concur. Settle order on notice.

Dominick Mattera, an Infant, by John Mattera, His Guardian ad Litem, Respondent, v. Knickerbocker Ice Company, Appellant.— Judgment affirmed, without costs. We are of the opinion that the defendant should have had its witness in court at the time the case was called for trial; furthermore, the witness not being in court, it was the duty of the defendant's attorney to have called the court's attention to the absence of this witness at the time the case was called for trial. In addition to this, the moving papers fail to show what the missing witness would have testified to if present. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., dissents and votes for reversal and a new trial.

Emma Jane Mayer, Appellant, v. Jane Handy (Otherwise Known as Jane Mayer) and Others, Respondents.— Order granting motion to vacate judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

Marion McDonagh, Respondent, v. John M. Barrett, Appellant, and Joseph W. Ferguson, Defendant. Joseph B. McDonagh, Respondent, v. John M. Barrett, Appellant, and Joseph W. Ferguson, Defendant.— Judgments and order unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Jennie McLeod, Respondent, v. Brooklyn Edison Company, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

---

* See New York Code of Ordinances, chap. 23, art. 18, § 250.